IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDDIE CLECKLEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Civil Action No. 15-1232 |
| | ) |
| BARBARA RICKARD, Warden, | ) |
| | ) |
| Respondent. | ) |

## **O R D E R**

AND NOW, this 31st day of August, 2018, after the Petitioner, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting registered users to August 27, 2018 and unregistered users until August 30, 2018, to file written objections thereto, the Court's review of the docket indicating that no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Document No. [45]), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Petition filed in this matter is dismissed for lack of subject matter jurisdiction as a second or successive Section 2255 Motion and a Certificate of Appealability is denied;

IT IS FURTHER ORDERED that the Clerk of Court shall mark this CASE CLOSED; and

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

    s/ Nora Barry Fischer

United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

All Counsel of Record by electronic filing

Freddie Cleckley
30583-068
FCI MCDOWELL
Inmate Mail
PO Box 1009
Welch, WV 24801
(via regular mail)